AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Tyler Russell Kuhn<br><br>_____<br>*Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 8:25-mj-2240-CPT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 12, 2019_____ in the county of _____Charlotte_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252(a)(2) | Production of child pornography;<br>Distribution of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael R. Goodhue, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ___JUNE 3, 2025___

_____
*Judge's signature*

City and state: _____Tampa, FL_____

HONORABLE CHRISTOPHER P. TUITE, U.S.M.J.
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael R. Goodhue, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am presently assigned to the Sarasota Resident Agency's Suncoast Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2.      From March 2009 to the present, I have worked crimes against children violations in various capacities in the Philadelphia Division, FBI Headquarters Violent Crimes Against Children Unit, and the Miami Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, 2423 and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also

received and provided training on crimes against children matters at various conferences and venues.

3.     This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Tyler Russell Kuhn ("**KUHN**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **KUHN** has committed a violation of 18 U.S.C. § 2251(a) (production of child pornography) and a violation of 18 U.S.C. § 2252(a)(2) (distribution of child pornography).

4.     The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **KUHN**, I have not set forth each and every fact learned during the course of this investigation.

## BACKGROUND ON THE INVESTIGATION

5.     On March 26, 2025, FBI Houston, Bryan Resident Agency (FBI Houston), executed a child pornography search warrant at the residence of **HUGO ALEJANDRO MAYO ("MAYO")**, in Bellville, Texas, and seized multiple electronic devices, including cellular phones suspected to be utilized by **MAYO**. It is believed **MAYO** utilized the online persona of an attractive adult female and requested men with access to minor aged children to produce child sexual abuse

2

material (CSAM) pictures and/or videos of these children in exchange for sexually explicit content of the purported adult female.

6.     On May 21, 2025, **MAYO** was charged via indictment in the Southern District of Texas, and is facing multiple child pornography counts, including production, distribution, receipt and possession of child pornography.

## PROBABLE CAUSE

7.     FBI Houston subsequently conducted a forensic examination of a Samsung cellular device seized during their search warrant execution on March 26, 2025, and identified explicit chats from October 12, 2019, between the owner of this device, believed to be **MAYO,** and a contact specifically saved as "Tyler Kuhn Kik Dad" (**KUHN**), with the associated phone number ending in XXX-XXX-0898, on the mobile application WhatsApp.

8.     Based on my training and experience, the second part of the contact information "Kik Dad" described where **MAYO** likely first met **KUHN.** Kik is a mobile application that allows users to transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups. I am familiar with Kik and have operated an undercover persona on this platform to identify multiple individuals who trade child sexual abuse material from users all around the world. There are also Kik groups with specific themes for father/daughter incest, which promote the trading of CSAM pictures and videos of children in the parent's

3

care. This information is relevant as it shows **KUHN** likely met **MAYO** in a similar Kik group.

9. On May 28, 2025, the FBI Houston, Bryan Resident Agency (FBI Houston) contacted the FBI Tampa, Sarasota Resident Agency with evidence **KUHN** engaged in explicit conversations involving his own child with **MAYO**, while living in the Middle District of Florida.

10. The following is an excerpt of the WhatsApp conversations between **MAYO** and **KUHN**, recovered from the Samsung phone owned by **MAYO** and dated on or about October 12, 2019, at approximately 11 a.m. ET:

**KUHN:** "Hey it's Tyler"

**MAYO:** [selfie style picture sent of dark-haired white female only wearing bra and underwear]

**MAYO:** [selfie style picture sent of suspected same female, nude breast and buttocks partially visible]

**MAYO:** [selfie style picture sent of suspected same female, bare vaginal area exposed] "Stop taking so long to reply. Lets get it over with"

**KUHN:** [selfie style video sent, approximately 10 seconds in length, which depicts a white male believed to be **KUHN**, wearing red shorts pulled down to expose his penis. There is a nude, toddler-aged female with blonde hair, standing nude next to KUHN. The nude toddler (MINOR VICTIM) has her hand on Kuhn's leg, while he masturbates in the background for the camera.]

**MAYO:** "Sit her on your lap and take it like a selfie but dont record on here so you dont have to hold the button down"

**MAYO:** [selfie style picture sent of female inserting a black colored sex toy into her anus]

MAYO:    "And show all your face too. Let her play with your dick"

KUHN:    [selfie style picture sent of a fully nude white male, with a fully nude toddler aged female sitting on his lap (MINOR VICTIM), with his erect penis resting against her leg. The male's face is clearly visible and appears to be a visual match of KUHN.]

MAYO:    "Now do a video but sit her on your lap. With your in front of her. Just the same angle. Show both of yalls fave and body from the front"

MAYO:    "Like a 2 minute video you grinding with her on your lap and her grabbing your dick"

MAYO:    [selfie style picture sent of a white female simulating masturbation]

MAYO:    "Can you do that and I'll show you my friend with her dildo"

MAYO:    "Your dick is as big as her leg. Fuck"

MAYO:    "Im horny baby cmon"

MAYO:    "Are you sending? Or no so I can get dressed daddy"

MAYO:    [selfie style picture send of fully nude white female exposing her breasts]

MAYO:    [picture of fully nude buttocks of white female]

MAYO:    "Are you done or just cant do more for now"

11.    The metadata associated with the above CSAM described video and image sent by KUHN was reviewed. There was no recovered metadata associated with the image. Based on my training and experience, that is not unusual for images transferred through social media applications, such as WhatsApp, where the above conversation occurred. The metadata associated with the video revealed a creation date of October 12, 2019, at 16:02 hours UTC, which is the same as 11:02 a.m. Eastern Standard Time. That information correlates to the approximate time the

5

conversation occurred and is consistent with the above conversation having selfie-style images and videos shared.

12.    On May 13, 2025, FBI Houston served an administrative subpoena to T-Mobile requesting subscriber records for the cellular phone number which ended in the numbers XXX-XXX-0898. On May 27, 2025, T-Mobile returned the subscriber information as TYLER R. KUHN, who had active service with them from October 23, 2017, to February 2, 2020, at a residence listed in Port Charlotte, Florida, which is in the Middle District of Florida. T-Mobile also provided the IMEI number of the device utilized by KUHN, which was 353661087566354. An online IMEI database search of this number revealed this phone was likely an LG Aristo 2. LG does not, and has not, had a manufacturing location facility in the state of Florida.

13.    Based on my training and experience, I know that WhatsApp is an application that uses your phone's internet connection, whether Wi-Fi or mobile data, to send and receive messages, images, videos, and make video and voice calls.

14.    On or about May 28, 2025, I received the above information from FBI Houston and began conducting a logical investigation to further identify KUHN and his current whereabouts in the Middle District of Florida.

15.    I conducted a database search in the State of Florida Driver and Vehicle Information Database (DAVID) and located TYLER RUSSELL KUHN, a 29-year-old male, with the current address of 3244 Gibbs Road, North Port, Florida, which is

6

in the Middle District of Florida. It appears **KUHN** updated his driver's license to this address in October of 2023.

16.    I obtained a police report from the Charlotte County Sherriff's Office dated February 25, 2025. This police report detailed an alleged custody dispute altercation between **KUHN**, the mother of their two minor female children, and the mother's new boyfriend. **KUHN** showed up unannounced to his child's softball practice, got into an altercation with the new boyfriend, and was upset with the current custody agreement, and law enforcement was called. **KUHN** no longer lives with the mother of his children, and has shared custody with his daughters.

17.    I reviewed a search of social media profiles conducted by an FBI analyst assigned to the Sarasota Resident Agency, and on the Facebook profile of the mother of **KUHN's** children, discovered a picture posted on or about April 10, 2019, which depicted two young children, a boy and a girl. One of these children was a toddler-aged female, wearing a pink tank top shirt with a heart on it and jeans. This child appears to be the same child depicted in the CSAM video (MINOR VICTIM) and a picture sent from **KUHN** to **MAYO**.

18.    On June 2, 2025, I made contact with mother of **KUHN's** children referenced above[1]. Minor Victim's mother identified sanitized pictures, further described in paragraph ten, of her daughter (Minor Victim), who was approximately two years old at the time the picture was taken. Minor Victim's mother also

---

[1] Her identity is known to law enforcement and is hereafter referred to as Minor Victim's mother.

identified the location/setting of the picture, which was her residence in Port Charlotte, Florida, in the Middle District of Florida. **KUHN** and Minor Victim's mother were living together in October of 2019. She was also shown the WhatsApp conversations between **KUHN** and **MAYO**, and recognized the phone number ending in XXX-XXX-0898 as an old cellular phone number used by **KUHN**. Minor Victim's mother also recognized the word Kik from the conversation and remembered seeing the Kik application on his old phone when she looked at it. According to Minor Victim's mother, **KUHN** resides at various addresses within the Middle District of Florida.

19.    Based on my training and experience, there is probable cause to believe that **KUHN** produced the above-described CSAM image and video on October 12, 2019. **KUHN** then distributed that CSAM image and video using the Internet, over the WhatsApp social media application. This is based upon **MAYO** requesting specific poses and **KUHN** replying with a selfie-style image and video, within minutes, creating CSAM to satisfy their sexual desires. **KUHN** and the child are identified in the photograph and video by the child's mother, who also identifies the setting as in the Middle District of Florida.

8

## CONCLUSION

20.    Based on the foregoing, there is probable cause to believe that **KUHN**

committed a violation of 18 U.S.C. § 2251(a) (production of child pornography) and

a violation of 18 U.S.C. § 2252(a)(2) (distribution of child pornography) and I

respectfully request this Court issue an arrest warrant for **KUHN**.

_____
Michael R. Goodhue, Special Agent
Federal Bureau of Investigation

*or*

Submitted to me by reliable electronic means and *or*

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P.
4.1 and 41(d)(3) via telephone this __3__ day of June, 2025.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

9